IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

LOTUS JUSTICE, : Case No. 2:22-cv-2193

    Plaintiff,

District Judge Sarah D. Morrison
Magistrate Judge Michael R. Merz

- vs -

STATE OF OHIO, et al.,

    Defendants. :

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 6) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition be DISMISSED without prejudice unless Petitioner pays the filing fee or receives permission to proceed in forma pauperis within thirty days of adoption of this Report.

June 16, 2022.

                                                  Sarah D. Morrison
                                                  United States District Judge