IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

LOTUS JUSTICE,

          Plaintiff,    :    Case No. 2:22-cv-2193

                    District Judge Sarah D. Morrison
- vs -                     Magistrate Judge Michael R. Merz

STATE OF OHIO, et al.,

          Defendants.    :

## REPORT AND RECOMMENDATION

This case is before the Court on Petitioner Lotus Justice's Application for Leave to Proceed *in forma pauperis* (ECF No. 11). Also pending are Lotus Justice's Motion for Leave to Proceed *in forma pauperis* (ECF No. 1) and her Petition for Relief from Judgment under Fed.R.Civ.P. 60(b) and 60(d).

Regarding her initial motion, the undersigned has written:

> Because Petitioner has neither paid the required filing fee nor sought or received permission to proceed in forma pauperis, it is respectfully recommended that this action be dismissed without prejudice unless Petitioner pays the filing fee or receives permission to proceed in forma pauperis within thirty days of adoption of this Report.

(Report and Recommendation, ECF No. 6).  On June 16, 2022, District Judge Morrison adopted that Report.

Petitioner has not paid the filing fee nor has she submitted a corrected Application for Leave to Proceed *in forma pauperis*. She claims in the Application that she is not obligated to pay filing fees, but the law is otherwise.  She continues to attempt to litigate this case as "executor, settler, etc." for Monica G. Justice.  As the Court has explained to her many times, no one other than a licensed attorney at law is allowed to litigate on behalf of another person in federal court.

Because "Lotus Justice" has evinced in this and other cases a total unwillingness to abide by federal procedural law including he Court's most recent order for payment of the filing fee, it is respectfully recommended that this case should now be dismissed with prejudice.

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.

June 21, 2022.

s/ *Michael R. Merz*<br>United States Magistrate Judge#