# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

LOTUS JUSTICE,

        Plaintiff,    :    Case No. 2:22-cv-2193

                            District Judge Sarah D. Morrison
  -  vs  -                    Magistrate Judge Michael R. Merz

STATE OF OHIO, et al.,

        Defendants.    :

## REPORT AND RECOMMENDATION

This case is before the Court on Petitioner Lotus Justice's Motion for Summary Judgment (ECF No. 18).  A motion for summary judgment is a dispositive motion on which an assigned Magistrate Judge is required to file a report and recommendations, rather than a decision.

Having reviewed the Motion, the Magistrate Judge finds it is not well taken.  Its factual allegations are not supported by evidentiary materials of the quality required for a Rule 56 motion and it does not show Plaintiff is entitled to judgment as a matter of law.  Indeed, the filing of this Motion perpetuates the error which forms the basis of the pending recommendation for dismissal: "Lotus Justice" continues to attempt to litigate in a fiduciary capacity on behalf of Monica Justice but is not authorized to do so. The Motion for Summary Judgment should be denied.

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal.

July 8, 2022.

s/ *Michael R. Merz*
United States Magistrate Judge
