# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

LOTUS JUSTICE,

        Plaintiff,

  v.

STATE OF OHIO, *et al.*,

        Defendants.

:

:

:

Case No. 2:22-cv-2193
Judge Sarah D. Morrison
Magistrate Judge Michael R. Merz

## ORDER

Plaintiff objects to the Magistrate Judge's R&R recommending dismissal of the case with prejudice. (ECF Nos. 12, 14, 15.) If a party objects to a R&R, the Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b). The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The Court has reviewed the R&R and Plaintiff's Objections; the issues raised have been correctly addressed by the Magistrate Judge. The Court **OVERRULES** Plaintiff's Objections (ECF Nos. 14, 15) and **ADOPTS** the R&R. Plaintiff's pending motions (ECF Nos. 1, 2, 11) are **DENIED**. The case is **DISMISSED** with prejudice. The Clerk shall terminate the case from the docket.

    IT IS SO ORDERED.

                              /s/ Sarah D. Morrison
                              **SARAH D. MORRISON**
                              **UNITED STATES DISTRICT JUDGE**